United States District Court

Eastern District of California

Kwaheri M. Rowland,

    Petitioner,

vs.

Anthony Lamarque,

    Respondent.

No. Civ. S 04-0329 MCE PAN P

Order Re Request for Status

-oOo-

Petitioner has written to inquire about the status of his habeas petition. Respondent filed and served an answer August 24, 2004, and the petition has been submitted since then. This court has dozens of habeas petitions under submission, many pending longer than petitioner's. The court cannot say when this case will be decided but can assure petitioner his matter has not

///

///

///

been forgotten and that earnest efforts are being made to provide decisions in these cases as soon as possible.  So ordered.

Dated:  January 10, 2006.

                                          /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge